UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                       Criminal No. 09-cr-23/01-JD

<u>Matthew Brown</u>


**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

The defendant has admitted violating the conditions of his pretrial release by using cocaine on March 14, 2009, and by causing his discharge from a drug treatment program.  He has also twice been convicted of escape.  Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any conditions or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**The defendant shall be transported to his medical appointment in Manchester, NH on March 30, 2009.**

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated:    March 24, 2009

cc:   Robert J. Veiga, AUSA
      Jonathan R. Saxe, Assistant Federal Defender
      U.S. Marshal
      U.S. Probation